WILLIAM LEONARD, an Infant, by WILLIAM H. BRADY, His Guardian ad Litem, Appellant, *v.* QUAYLE COMPANY, Respondent.

*Leonard* v. *Quayle Co.*, 167 App. Div. 927, affirmed.
(Argued January 18, 1917; decided February 6, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 26, 1915, affirming a judgment in favor of defendant entered upon an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and directing a dismissal of the complaint in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant, his employer. The action was brought under the Employers' Liability Act and at common law to recover damages for an injury to the plaintiff's hand, which was caught between the upper and lower blocks of a stamping machine. The negligence alleged was that a person having power of control and direction over the plaintiff was negligent in his operation of the press, that the defendant failed to promulgate adequate rules and regulations, and failed properly to instruct the plaintiff in the use of the machine.

*Bertrand L. Pettigrew* for appellant.

*John Vernou Bouvier, Jr., William Montague Geer, Jr.,* and *James B. Henney* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ. Dissenting: POUND, J.